UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
EDGE U.S.A. INC.,  :

        Plaintiff,  :  Case No.: 2:25-cv-00179

v.  :  **STIPULATION EXTENDING TIME FOR DEFENDANT FRAGRANCEX.COM INC. TO RESPOND TO COMPLAINT**

FRAGRANCEX.COM INC.,  :

        Defendant.  :

------------------------------------- X

    Plaintiff Edge U.S.A. Inc. ("Edge") and Defendant FragranceX.com Inc. ("FragranceX") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

    1.    FragranceX's current deadline to respond to the Complaint is February 5, 2025.

    2.    Edge and FragranceX are in the process of negotiating a resolution of this action; accordingly, the Parties stipulate to extend FragranceX's deadline to respond to the Complaint up to and including March 17, 2025, which is forty (40) days after the current deadline to respond.

    3.    No previous requests for adjournment or extension have been made by FragranceX, and this requested extension does not affect any other scheduled dates.

    4.    No provision of this stipulation shall be construed as a waiver of, and FragranceX expressly reserves, any and all defenses.

    5.    Edge consents and has no objection to this stipulated extension of time.

NOW THEREFORE, the Parties hereby stipulate and agree to extend the deadline for FragranceX to respond to the Complaint up to and including March 17, 2025.

Dated: February 4, 2025

**K&L GATES LLP**

By: *Thomas Warns*
Thomas A. Warns
599 Lexington Avenue
New York, NY 10022
Tel.: (212) 536-3900
Fax: (212) 536-3901
tom.warns@klgates.com

*Counsel for Plaintiff Edge U.S.A. Inc.*

Dated: February 4, 2025

**BLANK ROME LLP**

By: [signature]
Craig Weiner
1271 Avenue of the Americas
New York, NY 10020
Tel.: (212) 885-5000
Fax: (212) 885-5001
craig.weiner@blankrome.com

*Counsel for Defendant FragranceX.com Inc.*

**SO ORDERED:**

_____