UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| EDGE U.S.A. INC. ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FRAGRANCEX.COM INC. ) <br> ) <br> Defendant. ) <br> ) | Case No.: 2:25-cv-00179-AYS |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff EDGE U.S.A. INC. ("**Edge**" or "**Plaintiff**") and Defendant Fragrancex.com Inc. ("**Fragrancex**" or "**Defendant**"), by and through undersigned counsel, hereby stipulate that this action and all claims, including all claims, and defenses asserted therein be dismissed with prejudice, with each party bearing its own fees, costs, and expenses. The parties also withdraw and terminate any and all pending motions submitted in this action.

323021916.1

Dated: New York, New York

April 2, 2025

Respectfully Submitted,

| | |
|---|---|
| **K&L GATES LLP** | **BLANK ROME LLP** |
| By: /s/ *Thomas A. Warns* | By: _____ |
| Thomas A. Warns | Craig Weiner |
| 599 Lexington Avenue | Reena Jain |
| New York, New York 10022-6030 | 1271 Avenue of the Americas |
| Tel: 212-536-3900 | New York, NY 10020 |
| Fax: 212-536-3901 | Tel: 212-885-5000 |
| Email: tom.warns@klgates.com | Fax: 212-885-5001 |
| | Email: reena.jain@blankrome.com |
| | Email: craig.weiner@blankrome.com |
| *Attorneys for Plaintiff Edge U.S.A. Inc.* | *Attorneys for Defendant Fragrancex.com Inc.* |

## **CERTIFICATE OF SERVICE**

I, Thomas A. Warns, do hereby certify that on April 2, 2025 I caused this document to be served on counsel for Defendant via e-mail.

*/s/ Thomas A. Warns*
Thomas A. Warns

323021916.1